■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE TENZER, on Behalf of CHERYL BUTLER, Petitioner, v PATRICK A. MAHONEY, Respondent. [630 NYS2d 239] —Writ of habeas corpus in the nature of an application for bail reduction upon Suffolk County Indictment No. I-862-95.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Suffolk County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Kruger*, 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson*, 48 NY2d 230). Sullivan, J. P., Thompson, Santucci and Goldstein, JJ., concur.

(July 21, 1995)

■ LAVERNE CHERRY, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [643 NYS2d 348] —Motion by the appellant to stay the trial of the action pending hearing and determination of an appeal from an order of the Supreme Court, Kings County, dated June 26, 1995, which granted the plaintiff's motion for summary judgment and directed an immediate trial on the issue of damages.

Upon the papers submitted in support of the motion and the papers submitted in opposition thereto, it is

Ordered that the motion is denied as unnecessary.

The appeal of the New York City Housing Authority from the order which, *inter alia,* granted the plaintiff's motion for summary judgment on the issue of liability, had the effect of automatically staying enforcement of the portion of the order which directed an immediate trial on the issue of damages (*see,* CPLR 5519 [a] [1]). Mangano, P. J., Thompson, Hart and Friedmann, JJ., concur.